AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sir Maejor Page aka Tyree Conyers-Page | ) | Case No. 3:20MJ5291 |
| | ) | |
| Defendant(s) | ) | |

**FILED**
6:49 pm Sep 24 2020
Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 2020- September 24, 2020  in the county of  Lucas  in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire Fraud |
| 18 U.S.C. 1956(a)(1)(B)(i) | Money Laundering |
| 18 U.S.C. 1957(a) | Money Laundering |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature
Matthew Desorbo, Special Agent FBI
Printed name and title

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 09/24/2020

_____
Judge's signature
James R. Knepp, II, U.S. Magistrate Judge
Printed name and title

City and state: Toledo, OH