AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
SEP 28 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| United States of America<br>v.<br>Sir Maejor Page aka Tyree Conyers-Page | ) ) ) Case No. 3:20MJ5291 ) ) ) ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sir Maejor Page aka Tyree Conyers-Page
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  x Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:
See Attached Affidavit.

Date: 09/24/2020

*Issuing officer's signature*

City and state: Toledo, OH

James R. Knepp, II, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/24/20, and the person was arrested on *(date)* 9/25/20
at *(city and state)* Toledo, OH

Date: 9/25/20

*Arresting officer's signature*

Mathew Crossman  DUSM
*Printed name and title*