Motion Granted.

IT IS SO ORDERED.

s/ James R. Knepp II
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | * | Case No. 3:20 mj 5291 |
| | * | |
| Plaintiff, | * | Hon. James R. Knepp |
| | * | |
| vs. | * | |
| | * | |
| Sir Maejor Page, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**DEFENDANT'S MOTION TO TRAVEL OUTSIDE
THE NORTHERN DISTRICT OF OHIO**

The Defendant, Sir Maejor Page, by and through counsel, Neil S. McElroy, respectfully moves this court for an order permitting him to travel outside the Northern District of Ohio. Mr. Page will be attending a religious event in Elkhart, IN, at New Directional Church. He will be leaving with the church on November 13, 2020, and returning to Toledo, OH, on November 15, 2020. Counsel spoke with Cheryce Burton of Pretrial Services and AUSA Michael Freeman, and neither has any objection to this request.

Respectfully submitted,

1

/s/ Neil S. McElroy
NEIL S. McELROY (0077087)

Neil S. McElroy
1119 Adams Street, Second Floor
Toledo, Ohio 43604
(419) 243-3800
Fax: (419) 243-4046

## CERTIFICATION

This is to certify that on November 12, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Neil S. McElroy