UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                        Case No. 21-cr-00157
vs.                       Hon. JEFFREY J. HELMICK

SIR MAEJOR PAGE,

        Defendant.
_____/
JAMES L. MORFORD
Office of the U.S. Attorney - Cleveland
Northern District of Ohio; Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3743
Email: james.morford@usdoj.gov

MICHAEL J. FREEMAN
Office of the U.S. Attorney - Toledo
Northern District of Ohio; Ste. 308
Four SeaGate
Toledo, OH 43604-2624
419-259-6376
Email: michael.freeman2@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Defendant
       SIR MAEJOR PAGE
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
Tel: 313-963-4740
Email: saschulman@comcast.net
_____/

**MOTION FOR ENTRY OF ORDER PERMITTING DEFENDANT TO LEAVE THE STATE OF OHIO FOR FAMILY VISIT PENDING TRIAL**

1

NOW COMES the Defendant, SIR MAEJOR PAGE, by and through his attorney, SANFORD A. SCHULMAN, and states in support of his Motion for entry of an Order Permitting Defendant to Leave the State of Ohio for Family Visit Pending Trial as follows:

1. The defendant was originally charged in a Criminal Complaint and later in an Indictment with four counts including a violation of 18 USC Sec.1343 Wire Fraud; 18 USC Sec. 1956(a)(1)(B)(i) Money Laundering and 18 USC 1957 Money Laundering.

2. The defendant has been on pretrial release since September 25, 2020 on a $10,000.00 unsecured bond.  (R. 4, Appearance and Bond).

3. There have been no pretrial violations and previously the defendant was permitted to leave the State of Ohio and did so successfully.

4. The defendant is requesting to travel to Minnesota on July 2, 2021 and returning on July 5, 2021.  The defendant would be visiting his uncle, Alan Page, who resides in the Minneapolis area.

5. The defendant would be traveling by car.

6. Jordan Spadafore from pretrial services indicated he has no objections. Assistant US Attorney Michael Freeman also indicated he has no objection.

WHEREFORE, the Defendant, SIR MAEJOR PAGE, by and through his attorney, SANFORD A. SCHULMAN, respectfully requests this Honorable Court enter an Order granting his Motion for entry of an Order Permitting Defendant to Leave the State of Ohio for Family Visit Pending Trial for the reasons so stated herein.

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Defendant
    SIR MAEJOR PAGE
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
Tel: 313-963-4740
Email:  saschulman@comcast.net