IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) CASE NO.: 3:21CR157<br>) JUDGE JEFFREY J. HELMICK<br>v. )<br>)<br>SIR MAEJOR PAGE, )<br>)<br>Defendant. ) | |

### ORDER GRANTING DEFENDAN T, SIR MAEJOR PAGE'S MOTION FOR ENTRY OF ORDER PERMITTING DEFENDANT TO LEAVE THE STATE OF OHIO FOR FAMILY VISIT PENDING TRIAL

HAVING COME before the Court upon Defendant, SIR MAEJOR PAGE's Motion for entry of an Order Permitting Defendant to Leave the State of Ohio for Family Visit Pending Trial, the motion being unopposed and pretrial having approved the request;

IT IS HEREBY ORDERED AND ADJUDGED that the defendant, SIR MAEJOR PAGE shall be permitted to travel to Minnesota on July 2, 2021 and returning on July 5, 2021 and shall report to pretrial services upon his return.

                                               _s/ Jeffrey J. Helmick_
                                               Hon. JUDGE JEFFREY J. HELMICK
                                               Federal District Court Judge
                                               Northern District of Ohio, Western Division