IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21CR157 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| SIR MAEJOR PAGE, | ) | NOTICE OF MANUAL FILING OF |
| | ) | EXHIBITS 1 AND 2 OF |
| Defendant. | ) | GOVERNMENT'S OPPOSITION TO |
| | ) | DEFENDANT'S REQUEST FOR A BOND |
| | ) | MODIFICATION |
| | ) | |

A notice is hereby given that the United States, through the undersigned counsel, will manually fil a flash drive which contains Government's Exhibits 1 and 2 of its Opposition to Defendant's Request for a Bond Modification. Copies will also be provided to defense counsel and the Court.

        Respectfully submitted,

        BRIDGET M BRENNAN
        UNITED STATES ATTORNEY

        /s/ Michael J. Freeman
        Michael J. Freeman # 0086797
        Assistant United States Attorney
        Four Seagate, Room 308
        Toledo, OH 43604-2624
        (419) 259-6376 (telephone)
        (419) 259-6360 (fax)
        Michael.Freeman2@usdoj.gov