**FILED**

DEC 13 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# U.S. v. Sir Maejor Page
# Case No.: 3:21CR157

## Exhibits to Government's Response in Opposition to Motion to Amend Conditions of Bond

## Exhibits 1 and 2 – Audio Recordings of Defendant

Michael J. Freeman (OH 0086797)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
(419) 241-0724
(419) 259-6360 (facsimile)
Michael.Freeman2@usdoj.gov