**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>USA | COURT CASE NUMBER<br>3:21-cr-00157-JJH |
| DEFENDANT<br>Sir Maejor Page | TYPE OF PROCESS<br>Summons and Complaint |

FILED
AUG 12 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFC Christoopher Mazur
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Mercy Police Department, 2404 W. Sylvania Ave., Toledo, OH 43623

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Charles M. Boss
111 W. Dudley St.
Maumee, OH 43537

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Mercy Police Department (419) 407-2263

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 419-893-5555
DATE: 8/1/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. B60 | No. B60 | CL Smith | 8/3/22 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
2600 NAVARRE AVE (ST. CHARLES HOSPITAL)
OREGON, OH 43616

| Date | Time | |
|---|---|---|
| 8/3/22 | 1530 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy
CL Smith

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| 65.00 | 14.75 | 0 | 79.75 | | $0.00 | 79.75 |

REMARKS: 1 DUSM, 1 HR. 1 ENDEAVOR TO 2404 SYLVANIA. SERVED @ 2600 NAVARRE AVE. 23.6 TOTAL MILES.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01-00

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 3:21-cr-00157-JJH

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Ofc Christopher Mazur
was received by me on *(date)* 8/3/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: OFC. MAZUR

on *(date)* 8/3/22 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ 14.75 for travel and $ 65 for services, for a total of $ 79.75 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/3/22

*Server's signature*

Chad Smith Deputy U.S. Marshal
*Printed name and title*

1716 Spielbusch Ave, Toledo, OH 43604
*Server's address*

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
AUG 12 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 3:21-cr-00157-JJH |
| DEFENDANT | TYPE OF PROCESS |
| Sir Maejor Page | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFC Christoopher Mazur
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Mercy Police Department, 2404 W. Sylvania Ave., Toledo, OH 43623

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Charles M. Boss
111 W. Dudley St.
Maumee, OH 43537

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Mercy Police Department (419) 407-2263

Signature of Attorney other Originator requesting service on behalf of:
[ ] PLAINTIFF
[X] DEFENDANT
TELEPHONE NUMBER: 419-893-5555
DATE: 8/1/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No: B60
District to Serve No: B60
Signature of Authorized USMS Deputy or Clerk: CL Smith
Date: 8/3/22

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
2600 NAVARRE AVE (St CHARLES HOSPITAL)
OREGON, OH 43616

Date: 8/3/22
Time: 1530 [X] am [ ] pm

Signature of U.S. Marshal or Deputy: CL Smith

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 65.00 | 14.75 | 0 | 79.75 | 0 | $0.00 79.75 |

REMARKS: 1 DUSM, 1 HR. 1 ENDEAVOR TO 3404 SYLVANIA. SERVED @ 2600 NAVARRE AVE. 23.6 TOTAL MILES.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 3:21-cr-00157-JJH

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Ofc Christopher Mazur
was received by me on *(date)* 8/3/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: OFC. MAZUR

on *(date)* 8/3/22 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $ 14.75 for travel and $ 65 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/3/22 .

*Server's signature*

Chad Smith Deputy U.S. Marshal
*Printed name and title*

1716 Spielbusch Ave Toledo, OH 43604
*Server's address*

Additional information regarding attempted service, etc: