**FILED**

2:30 pm Apr 22 2024

**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

**ATTACHMENT 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:21-CR-157 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| SIR MAEJOR PAGE, | ) | |
| | ) | |
| Defendant. | ) | VERDICT FORM (FORFEITURE) |

On April 12, 2024, a jury trial as to defendant Sir Maejor Page on the charges of the Indictment was concluded. Defendant Page was found guilty, *inter alia*, on Count 1 of the Indictment, which charged Wire Fraud, in violation of 18 U.S.C. § 1343. Defendant Page consented on the record to having the Court decide the forfeiture. THEREFORE, the Court now makes the following determination as to forfeiture:

$263,318.37 seized pursuant to the execution of a federal seizure warrant on or about September 24, 2020, from Bank of America account number: **** **** 7235. Sir Maejor Page was the only signatory on the account.

**Does this $263,318.37 constitute proceeds that defendant Sir Maejor Page obtained from the offense (Wire Fraud) charged in Count 1 of the Indictment?**

Yes: __X__    No: _____

SO ORDERED this 22nd day of April, 2024.

_____
Jeffrey J. Helmick
United States District Judge, N.D. Ohio

7